IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ALEXANDRA FERRER, *on behalf of herself, and all others similarly situated,* | ) | |
| Plaintiff, | ) | 1:26-cv-91 (LMB/WBP) |
| v. | ) | |
| HILTON DOMESTIC OPERATING COMPANY INC., et al., | ) | |
| Defendants. | ) | |

ORDER

For the reasons stated in open court, defendant's Motion to Dismiss, [Dkt. No. 43], is GRANTED; and it is hereby

ORDERED that plaintiff's First Amended Class Action Complaint, [Dkt. No. 35], be and is DISMISSED WITHOUT PREJUDICE to her ability to refile an amended complaint within 14 days of the date of this Order; and it is further

ORDERED that defendant file an Answer or other responsive pleading within 14 days of plaintiff's amended complaint.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 9th day of June, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge