IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ALEXANDRA FERRER, *on behalf of herself, and all others similarly situated,* Plaintiff, | ) | 1:26-cv-91 (LMB/WBP) |
| v. | ) | |
| HILTON DOMESTIC OPERATING COMPANY INC., et al., Defendants. | ) | |

ORDER

For the reasons stated in open court, defendant Hilton Domestic Operating Company Inc.'s Motion to Dismiss Second Amended Class Action Complaint, [Dkt. No. 52], is DENIED; and it is hereby

ORDERED that defendant file an Answer to plaintiff's Second Amended Class Action Complaint within 14 days of the date of this Order.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 7th day of August, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge